# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0885
Lower Tribunal No. 19-283-M
_____

**Christopher Omar Marshall**,
Appellant,

vs.

**Keisha Beswick Marshall**,
Appellee.

An Appeal from the Circuit Court for Monroe County, Bonnie Helms, Judge.

Christopher Omar Marshall, in proper person.

Keisha Beswick Marshall, in proper person.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Howle v. Howle, 967 So. 2d 435, 436 (Fla. 4th DCA 2007) ("Husband's remaining argument, which challenges a number of the trial court's factual findings, is unreviewable by this court due to the lack of a trial transcript."); see also Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").